1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,   | CASE NO. 2:14-MJ-00231-AC
12 |              Plaintiff,     | STIPULATION RE: VACATING BAIL REVIEW HEARING
13 |              v.             |
                                   DATE: October 22, 2014
14 | KENDALL THRIFT,             | TIME: 2:00 p.m.
                                   COURT: Hon. Kendall J. Newman
15 |              Defendant.     |

16

17                              **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and

19 defendant, by and through defendant's counsel of record, hereby stipulate as follows:

20      1.   The parties previously appeared in this matter on October 7, 2014.  At the

21 hearing, the Court set the matter for a Bail Review Hearing on October 22, 2014, and a

22 Preliminary Hearing on October 30, 2014.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION RE: BAIL REVIEW HEARING              1

2. By this stipulation, the parties agree that the Court should vacate the Bail Review Hearing set for October 22, 2014.  The parties are next scheduled to appear on October 30, 2014, for the Preliminary Hearing.

IT IS SO STIPULATED.

Dated:  October 22, 2014                                BENJAMIN B. WAGNER
                                                                          United States Attorney


                                                                          /s/ JUSTIN L. LEE
                                                                          JUSTIN L. LEE
                                                                          Assistant United States Attorney


Dated:  October 22, 2014                                /s/ JOHN VIRGA
                                                                          JOHN VIRGA
                                                                          Counsel for Defendant
                                                                          KENDALL THRIFT


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 22nd day of October, 2014.

Dated:  October 22, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE