1  JOHN E. VIRGA (Bar No. 39451)
   JOHN E. VIRGA, INC.
2  A Professional Corporation
   721 Eleventh Street
3  Sacramento, CA 95814
   Telephone:    (916) 444-6595
4  Facsimile:    (916) 444-3318

5  Attorneys for Defendant
   KENDALL THRIFT
6

7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | CASE NO. 2:14-CR-00308-GEB
12 |         Plaintiff,                 | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**
13 |     v.                             |
14 | KENDALL THRIFT,                    |
15 |         Defendants.                |

16

17      IT IS HEREBY STIPULATED by and between assistant U.S. Attorney Justin L. Lee,

18 counsel for the plaintiff United States of America, and John E. Virga, counsel for Defendant

19 Kendall Thrift, that the status conference currently scheduled for February 20, 2015, at 9:00 a.m.,

20 be continued until April 10, 2015, at 9:00 a.m.  On February 14, 2015, the government presented

21 the defense with a settlement offer.  The defense is evaluating the offer and the parties are

22 working diligently toward resolution of the case.

23      It is further stipulated that the time for trial under the Speedy Trial Act should be excluded

24 from the date of the signing of this order through and including April 10, 2015, pursuant to 18

25 U.S.C., section 3161 (h)(7)(B)(iv) and Local Code T4, (reasonable time to prepare) and that the

26 ends of justice would be served by granting the continuance outweigh the best interest of the

27 public and defendant to a speedy trial.

28      Justin L. Lee agrees to this request and has authorized John E. Virga to sign this

                                                1

1 stipulation on his behalf.

2 DATED:  February 17, 2015

3

4                                                                By:   /s/  John E. Virga
                                                                          JOHN E. VIRGA
5                                                                       Attorney for Defendant

6

7 DATED:  February 17, 2015

8                                                                By:   /s/  John E. Virga for Justin L. Lee
                                                                          JUSTIN L. LEE
9                                                                   Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

The hearing date of January 20, 2015, at 9:00 a.m. is vacated, and continued until April 10, 2015, at 9:00 a.m.

The Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through April 10, 2015.

Dated: February 18, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge