1  JOHN E. VIRGA (Bar No. 39451)
   JOHN E. VIRGA, INC.
2  A Professional Corporation
   721 Eleventh Street
3  Sacramento, CA 95814
   Telephone:   (916) 444-6595
4  Facsimile:   (916) 444-3318

5  Attorneys for Defendant
   KENDALL THRIFT
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        CASE NO. 2:14-CR-00308-GEB

12 |        Plaintiff,                **STIPULATION AND [PROPOSED]
                                      ORDER CONTINUING STATUS
13 |    v.                            CONFERENCE**

14 | KENDALL THRIFT,

15 |        Defendant.

16     IT IS HEREBY STIPULATED by and between assistant U.S. Attorney Justin L. Lee,

17 counsel for the plaintiff United States of America, and John E. Virga, counsel for Defendant

18 Kendall Thrift, that the status conference currently scheduled for April 10, 2015, at 9:00 a.m., be

19 continued until April 24, 2015, at 9:00 a.m.  The defense is considering a pending settlement offer

20 provided by the government.  Additionally, on March 29, 2015, the government provided the

21 defense with additional discovery.  The defense is evaluating the offer, the new discovery, and the

22 parties are working diligently toward resolution of the case.

23     It is further stipulated that the time for trial under the Speedy Trial Act should be excluded

24 from the date of the signing of this order through and including April 24, 2015, pursuant to 18

25 U.S.C., section 3161 (h)(7)(B)(iv) and Local Code T4, (reasonable time to prepare) and that the

26 ends of justice would be served by granting the continuance outweigh the best interest of the

27 public and defendant to a speedy trial.

28
                                1

Justin L. Lee agrees to this request and has authorized John E. Virga to sign this stipulation on his behalf.

DATED:  April 8, 2015

By: */s/ John E. Virga*
JOHN E. VIRGA
Attorney for Defendant

DATED:  April 8, 2015

By: */s/ John E. Virga for Justin L. Lee*
JUSTIN L. LEE
Assistant United States Attorney

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

The hearing date of April 10, 2015, at 9:00 a.m. is vacated, and continued until April 24, 2015, at 9:00 a.m.

The Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through April 24, 2015.

Dated:  April 8, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge