JOHN E. VIRGA (Bar No. 39451)
JOHN E. VIRGA, INC.
A Professional Corporation
721 Eleventh Street
Sacramento, CA 95814
Telephone:  (916) 444-6595
Facsimile:  (916) 444-3318

Attorneys for Defendant
KENDALL THRIFT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KENDALL THRIFT,<br><br>  Defendant. | CASE NO. 2:14-CR-00308-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |

   IT IS HEREBY STIPULATED by and between assistant U.S. Attorney Justin L. Lee, counsel for the plaintiff United States of America, and John E. Virga, counsel for Defendant Kendall Thrift, that the status conference currently scheduled for April 24, 2015, at 9:00 a.m., be continued until June 12, 2015, at 9:00 a.m. for a hearing on Defendant Kendall Thrift's forthcoming Motion to Suppress.  Further, the parties have agreed to a briefing schedule for the motion to suppress.

   The parties stipulate and request that the court enter the following briefing schedule for Defendant Kendall Thrift's Motion to Suppress:

   1.   Kendall Thrift's Motion to Dismiss shall be filed no later than May 4, 2015.
   2.   The United States' Opposition shall be filed no later than May 26, 2015.
   3.   Kendall Thrift's Reply shall be filed no later than June 2, 2015.
   4.   Kendall Thrift's Motion to Suppress shall be heard on June 12, 2015 at 9:00 a.m.

   It is further stipulated that the time for trial under the Speedy Trial Act should be excluded

from the date of the signing of this order through and including June 12, 2015, pursuant to 18 U.S.C., section 3161 (h)(7)(B)(iv) and Local Code T4, (reasonable time to prepare) and that the ends of justice would be served by granting the continuance outweigh the best interest of the public and defendant to a speedy trial.

Justin L. Lee agrees to this request and has authorized John E. Virga to sign this stipulation on his behalf.

DATED: April 23, 2015

By: */s/ John E. Virga*
JOHN E. VIRGA
Attorney for Defendant

DATED: April 23, 2015

By: */s/ John E. Virga for Justin L. Lee*
JUSTIN L. LEE
Assistant United States Attorney

2

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The hearing date of April 24, 2015, at 9:00 a.m. is vacated, and continued until June 12, 2015, at 9:00 a.m.

2. Kendall Thrift's Motion to Dismiss shall be filed no later than May 4, 2015.

3. The United States' Opposition shall be filed no later than May 26, 2015.

4. Kendall Thrift's Reply shall be filed no later than June 2, 2015.

5. Kendall Thrift's Motion to Suppress shall be heard on June 12, 2015 at 9:00 a.m.

The Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through June 12, 2015.

Dated: April 23, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge