BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00308-GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| KENDALL THRIFT, | DATE: June 26, 2015 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for June 26, 2015, for a status hearing and a hearing on the defendant's Motion to Suppress. The matter was continued on the Court's own motion to July 10, 2015.

2. By this stipulation, the parties now move to continue the status conference and hearing on the Motion to Suppress until August 7, 2015, and to exclude time between June 26, 2015, and August 7, 2015, under Local Code T4 and Local Code E (pending motion).

3. The parties agree and stipulate for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time

1  period of June 26, 2015 to August 7, 2015, inclusive, is deemed excludable pursuant to 18
2  U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted
3  by the Court based on the stipulation of the parties on the basis of the Court's finding that
4  the ends of justice served by taking such action outweigh the best interest of the public
5  and the defendant in a speedy trial.

6      4.    Nothing in this stipulation and order shall preclude a finding that other
7  provisions of the Speedy Trial Act dictate that additional time periods are excludable from
8  the period within which a trial must commence.

9      IT IS SO STIPULATED.

Dated:  June 24, 2015                                  BENJAMIN B. WAGNER
                                                       United States Attorney

                                                       /s/ JUSTIN L. LEE
                                                       JUSTIN L. LEE
                                                       Assistant United States Attorney

Dated:  June 24, 2015                                  /s/ JOHN VIRGA
                                                       JOHN VIRGA
                                                       (as authorized on June 24, 2015)
                                                       Counsel for Defendant
                                                       KENDALL THRIFT


**[PROPOSED] FINDINGS AND ORDER**

    IT IS SO FOUND AND ORDERED.

Dated: July 6, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge