JOHN E. VIRGA (Bar No. 39451)
JOHN E. VIRGA, INC.
A Professional Corporation
721 Eleventh Street
Sacramento, CA 95814
Telephone:   (916) 444-6595
Facsimile:    (916) 444-3318

Attorneys for Defendant
KENDALL THRIFT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENDALL THRIFT,<br><br>Defendant. | CASE NO. 2:14-CR-00308-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |

IT IS HEREBY STIPULATED by and between assistant U.S. Attorney Justin L. Lee, counsel for the plaintiff United States of America, and John E. Virga, counsel for Defendant Kendall Thrift, that the status conference currently scheduled for October 23, 2015, at 9:00 a.m., be continued until December 18, 2015, at 9:00 a.m. for a hearing on Defendant Kendall Thrift's forthcoming Frank's Motion.  Further, the parties have agreed to a briefing schedule for the Frank's Motion.

The parties stipulate and request that the court enter the following briefing schedule for Defendant Kendall Thrift's Frank's Motion:

1. Kendall Thrift's Motion shall be filed no later than November 20, 2015.
2. The United States' Opposition shall be filed no later than December 4, 2015.
3. Kendall Thrift's Reply shall be filed no later than December 11, 2015.
4. Kendall Thrift's Motion shall be heard on December 18, 2015 at 9:00 a.m.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded

1

from the date of the signing of this order through and including December 18, 2015, pursuant to 18 U.S.C., section 3161 (h)(7)(B)(iv) and Local Code T4, (reasonable time to prepare) and that the ends of justice would be served by granting the continuance outweigh the best interest of the public and defendant to a speedy trial.

Justin L. Lee agrees to this request and has authorized John E. Virga to sign this stipulation on his behalf.

DATED: October 20, 2015

By: */s/ John E. Virga*
JOHN E. VIRGA
Attorney for Defendant

DATED: October 20, 2015

By: */s/ John E. Virga for Justin L. Lee*
JUSTIN L. LEE
Assistant United States Attorney

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The hearing date of October 23, 2015, at 9:00 a.m. is vacated, and continued until December 18, 2015, at 9:00 a.m.

2. Kendall Thrift's Motion shall be filed no later than November 20, 2015.

3. The United States' Opposition shall be filed no later than December 4, 2015.

4. Kendall Thrift's Reply shall be filed no later than December 11, 2015.

5. Kendall Thrift's Motion shall be heard on December 18, 2015 at 9:00 a.m.

The Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through December 18, 2015.

Dated: October 20, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge