1  JOHN E. VIRGA (Bar No. 39451)
   JOHN E. VIRGA, INC.
2  A Professional Corporation
   721 Eleventh Street
3  Sacramento, CA 95814
   Telephone:   (916) 444-6595
4  Facsimile:    (916) 444-3318

5  Attorneys for Defendant
   KENDALL THRIFT
6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:14-CR-00308-GEB

12            Plaintiff,                   **STIPULATION AND [PROPOSED]
                                           ORDER CONTINUING STATUS
         v.                                CONFERENCE**
13
    KENDALL THRIFT,
14
              Defendant.
15

16         IT IS HEREBY STIPULATED by and between assistant U.S. Attorney Justin L. Lee,

17  counsel for the plaintiff United States of America, and John E. Virga, counsel for Defendant

18  Kendall Thrift, that the status conference currently scheduled for January 22, 2016, at 9:00 a.m.,

19  be continued until March 18, 2016, at 9:00 a.m. On January 20, 2016, a defense motion to

20  suppress was denied. The defense and government have renewed settlement discussions. The

21  parties are working diligently toward resolution of the case.

22         It is further stipulated that the time for trial under the Speedy Trial Act should be excluded

23  from the date of the signing of this order through and including March 18, 2016, pursuant to 18

24  U.S.C., section 3161 (h)(7)(B)(iv) and Local Code T4, (reasonable time to prepare) and that the

25  ends of justice would be served by granting the continuance outweigh the best interest of the

26  public and defendant to a speedy trial.

27  / / /

28  / / /

                                                   1

Justin L. Lee agrees to this request and has authorized John E. Virga to sign this stipulation on his behalf.

DATED: January 21, 2016

By: */s/ John E. Virga*
JOHN E. VIRGA
Attorney for Defendant

DATED: January 21, 2016

By: */s/ John E. Virga for Justin L. Lee*
JUSTIN L. LEE
Assistant United States Attorney

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

The hearing date of January 22, 2016, at 9:00 a.m. is vacated, and continued until March 18, 2016, at 9:00 a.m.

The Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through March 18, 2016.

Dated: January 22, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge