UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:16-cr-00037-MCE |
| Plaintiff, | |
| v. | |
| THOMAS CHADD, | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-00308-GEB |
| Plaintiff, | **ORDER ON NOTICE OF RELATED CASE DOCUMENT AND RESCHEDULING STATUS HEARING** |
| v. | |
| KENDALL THRIFT, | |
| Defendant. | |

Examination of the above-entitled actions reveals they are related within the meaning of Local Rule 83-123(a), since they are based on the same or similar claims. Accordingly, the assignment of the actions to the same judge is likely to effect substantial savings of judicial effort.

Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

THEREFORE, action 2:16-cr-00037-MCE is reassigned to

1

1  Judge Garland E. Burrell, Jr. for all further proceedings.
2  Henceforth, the caption on documents filed in the reassigned case
3  shall show the initials "GEB."
4          Further, the status hearing scheduled to commence at
5  9:00 AM on March 3, 2016, is rescheduled to commence at the same
6  time on March 4, 2016.
7          IT IS FURTHER ORDERED that the Clerk of the Court shall
8  make an appropriate adjustment in the assignment of cases to
9  compensate for this reassignment.
10 Dated:  February 29, 2016
11
12                                    _____
13                                    GARLAND E. BURRELL, JR.
                                      Senior United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                    2