1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JUSTIN L. LEE
   MATTHEW M. YELOVICH
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,            CASE NO. 2:14-CR-00308 GEB
12
                          Plaintiff,    STIPULATION AND [PROPOSED] PROTECTIVE
13                                      ORDER
                   v.
14
   KENDALL GRANT THRIFT,
15
                          Defendant.
16

17

18     WHEREAS, the parties desire to prevent the unauthorized disclosure or dissemination of certain

19  sensitive but unclassified discovery materials to anyone not a party to the court proceedings in this

20  matter;

21     WHEREAS, the sensitive but unclassified discovery materials at issue personal identifying

22  information and financial information for various individuals involved in this matter;

23     WHEREAS, the parties agree that entry of a stipulated protective order is appropriate, and that a

24  private agreement is not appropriate in light of the nature of the information at issue and the charges in

25  this case; and

26     WHEREAS, the defendant has counsel ("Defense Counsel") who wishes to have the opportunity

27  to review the discovery;

28     Defendant KENDALL GRANT THRIFT and plaintiff United States of America, by and through

   Stipulation & [Proposed] Protective Order          1

their counsel of record, hereby agree and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, its general supervisory authority, and Local Rule 141.1.

2. This Order pertains to all discovery provided to or made available to Defense Counsel in this case that is designated as discovery subject to this Order (hereafter, collectively known as "protected discovery").

3. Defense Counsel shall not disclose any of the protected discovery to any person other than their respective client, or attorneys, law clerks, paralegals, secretaries, experts, and investigators, involved in the representation of their respective client.  However, at no time shall defendant be permitted to review the protected discovery outside of the presence of Defense Counsel or Defense Counsel's partners, associates, or employees as designated by Defense Counsel, and Defense Counsel or his/her designee shall not leave any of the protected discovery with defendant at any location.

4. The protected discovery and information therein may only be used in connection with the litigation of this case and for no other purpose.  At the conclusion of this case, to include any appeal, and/or collateral attack, Defense Counsel will return the protected discovery to the Government or certify that it has been shredded.

5. Defense Counsel will store the protected discovery in a secure place, such as Defense Counsel's private office, and will use reasonable care to ensure that it is not disclosed to third persons or their respective client in violation of this agreement.

6. If Defense Counsel releases custody of any of the protected discovery, or authorized copies thereof, to any person described in paragraph (3), Defense Counsel shall provide such recipients with copies of this Order and advise that person that the protected discovery and information therein may only be used in connection with the litigation of this case and for no other purpose, and that an unauthorized use of the protected discovery may constitute a violation of law and/or contempt of court.

7. In the event that defendant obtains substitute counsel, undersigned Defense Counsel agrees not to disclose any protected discovery to successor counsel absent a court order that a) Defense Counsel be relieved, b) successor counsel be appointed, and c) all discovery be turned over to successor counsel.

8. Defense Counsel shall be responsible for advising their client, employees, and other members of the defense team of the contents of this Stipulation/Order.

IT IS SO STIPULATED.

Dated:  May 23, 2016                                   Respectfully submitted,

                                                PHILLIP A. TALBERT
                                                Acting United States Attorney

By:   /s/  Matthew M. Yelovich
      JUSTIN L. LEE
      MATTHEW M. YELOVICH
      Assistant U.S. Attorney


By:   /s/ Dan Brace
      Dan Brace
      Counsel for KENDALL GRANT THRIFT

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  May 24, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stipulation & [Proposed] Protective Order          3