DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>KENDALL GRANT THRIFT,<br><br>        Defendant | Case No.: 2:14 CR 00308 GEB<br><br>STIPULATION TO MODIFY SENTENCING SCHEDULE |

       Plaintiff, United States of America, by and through its counsel of record, and the defendant KENDAL GRANT THRIFT, by and through his counsel of record, hereby stipulate as follows:

    1.    By previous order, this matter was set for sentencing on December 2, 2016 at 9:30 a.m.

    2.    By this stipulation, the defendant now moves to modify the sentencing schedule. Plaintiff and Probation does not oppose this request.

    3.    The parties agree and stipulate, and request that the Court find the following:

    a.    Due to other trials and other commitments, and the late filing of the proposed presentence report, defense counsel was unable to coordinate a meeting with the defendant to review the Presentence Report and timely file an opposition.

b.    Counsel for the defendants believe that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.    The government and probation does not object to the continuance.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5.    The parties stipulate and approve the following sentencing schedule changes:

The proposed Presentence Report shall be disclosed to counsel no later than October 27, 2016;

Counsel's written objections shall be delivered to the Probation Officer and opposing counsel no later than November 10, 2016;

The Presentence Report shall be filed with the Court and disclosed to counsel no later than November 17, 2016;

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than November 23, 2016 (November 24, 2016 is Thanksgiving);

Reply, or Statement of Non-Opposition, November 29, 2016; and,

Judgment and Sentencing Date, December 2, 2016.

Dated:  11-2-16

                                          /s/ Danny D. Brace, Jr.
                                          DANNY D. BRACE, JR.,
                                          Attorney for Kendall Thrift

Dated:  11-2-16                                    /s/ Justin Lee
                                                   Justin Lee
                                                   Assistant United States Attorney
                                                   Authorized to sign for Justin Lee
                                                   On November 2, 2016

**IT IS SO ORDERED**

Dated:  November 3, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge