DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:14 CR 00308 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER FOR CONTINUANCE AND TO MODIFY SENTENCING SCHEDULE |
| vs. | ) |
| KENDALL GRANT THRIFT, | ) |
| Defendant | ) |

Plaintiff, United States of America, by and through its counsel of record, and the defendant KENDAL GRANT THRIFT, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on December 2, 2016 at 9:30 a.m.

2. By this stipulation, the defendant now moves to continue sentencing from December 2, 2016 to December 9, 2016 at 9:30 a.m. and to modify the sentencing schedule. Plaintiff and Probation does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. Due to other trials and other commitments, and the late filing of the proposed presentence report, defense counsel was unable to coordinate a meeting with the defendant to

review the final Presentence Report and timely file a formal opposition.

  b. Counsel for the defendants believe that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d. The government and probation does not object to the continuance.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  5. The parties stipulate and approve the following sentencing schedule changes:

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than December 30, 2016;

Reply, or Statement of Non-Opposition, December 6, 2016; and,

Judgment and Sentencing Date, December 9, 2016.

Dated: 11-22-16

            /s/ Danny D. Brace, Jr.
            DANNY D. BRACE, JR.,
            Attorney for Kendall Thrift

Dated: 11-22-16          /s/ Justin Lee
            Justin Lee
            Assistant United States Attorney
            Authorized to sign for Justin Lee
            On November 22, 2016

**IT IS SO ORDERED**
**Dated: November 28, 2016**

            _____
            GARLAND E. BURRELL, JR.
            Senior United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Stipulation and Order