John Balazs, Bar # 157287
Attorney at Law
916 Second Street, Suite F
Sacramento, CA 95814
Tel: (916) 447-9299
John@Balazslaw.com
Sacramento, CA 95814

Attorney for Defendant
KENDALL THRIFT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-CR-00308-JAM |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| KENDALL THRIFT, | |
| Defendant. | |

Defendant Kendall Thift, through counsel, and the United States, through counsel, hereby stipulate and request that the Court extend the briefing schedule by one week on defendant's motion to reduce sentence under 18 U.S.C. § 3582(c)(1)(A) as follows:

  Defendant's Supplemental Brief due:  July 6, 2020;

  Government's Response Brief due:  July 10, 2020; and

  Defendant's Reply Brief due:  July 15, 2020

///

///

///

1

This request is to provide additional time for the defense to obtain the defendant's medical records from the Bureau of Prisons.

Respectfully submitted,

Dated: June 29, 2020  /s/ John Balazs
JOHN BALAZS

Attorney for Defendant
KENDALL THRIFT

McGREGOR SCOTT
U.S. Attorney

Dated: June 29, 2020  /s/ Justin Lee
JUSTIN LEE
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: June 29, 2020

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. District Court Judge