John Balazs, Bar # 157287
Attorney at Law
916 Second Street, Suite F
Sacramento, CA 95814
Tel: (916) 447-9299
John@Balazslaw.com
Sacramento, CA 95814

Attorney for Defendant
KENDALL THRIFT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-CR-00308-JAM |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| KENDALL THRIFT, | |
| Defendant. | |

Defendant Kendall Thift, through counsel, and the United States, through counsel, hereby stipulate and request that the Court extend the briefing schedule by one week on defendant's motion to reduce sentence under 18 U.S.C. § 3582(c)(1)(A) as follows:

Defendant's Supplemental Brief due:     July 13, 2020;

Government's Response Brief due:     July 17, 2020; and

Defendant's Reply Brief due:     July 22, 2020

///

///

///

1

1

2

This request is to provide additional time for the defense to review the defendant's recently obtained medical records from the Bureau of Prisons and prepare the supplemental brief in support of defendant's motion to reduce sentence.

3

4

5

Respectfully submitted,

6

Dated:  July 6, 2020

7

/s/ John Balazs
JOHN BALAZS

8

Attorney for Defendant
KENDALL THRIFT

9

10

McGREGOR SCOTT
U.S. Attorney

11

Dated:  July 6, 2020

12

/s/ Justin Lee
JUSTIN LEE
Assistant U.S. Attorney

13

14

**ORDER**

15

IT IS SO ORDERED.

16

Dated:  7/6/2020

17

18

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. District Court Judge

19

20

21

22

23

24

25

26

27

28