JOHN BALAZS, Bar No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
Fax: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
KENDALL GRANT THRIFT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENDALL GRANT THRIFT,<br><br>Defendant. | No. 2:14-CR-0308-JAM<br><br>**ORDER TO SEAL DOCUMENTS** |

Upon application of the defendant Kendall Thrift, through counsel, and good cause being show as set forth in defendant's notice of request to seal and request to seal,

IT IS HEREBY ORDERED that Exhibit 9 to defendant's motion to reduce sentence shall be SEALED until ordered unsealed by the Court.

Dated: July 13, 2020

/s/ John A. Mendez
Hon. John A. Mendez
U.S. District Court Judge