John Balazs, Bar # 157287
Attorney at Law
916 Second Street, Suite F
Sacramento, CA 95814
Tel: (916) 447-9299
John@Balazslaw.com
Sacramento, CA 95814

Attorney for Defendant
KENDALL THRIFT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>KENDALL THRIFT,<br><br>       Defendant. | No. 2:14-CR-00308-JAM<br><br>**STIPULATION AND ORDER** |

   Defendant Kendall Thift, through counsel, and the United States, through counsel, hereby stipulate and request that the Court extend the due date for defendant's reply brief on his motion to reduce sentence under 18 U.S.C. § 3582(c)(1)(A) by one day from July 22, 2020 to July 23, 2020 to give the defense additional time to research and prepare the reply brief.

                                                          Respectfully submitted,

Dated: July 22, 2020                    /s/ John Balazs
                                                          JOHN BALAZS

                                                          Attorney for Defendant
                                                          KENDALL THRIFT

1

Case 2:14-cr-00308-JAM-DB   Document 115   Filed 07/23/20   Page 2 of 2

McGREGOR SCOTT
U.S. Attorney

Dated: July 22, 2020

/s/ Justin Lee
JUSTIN LEE
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: July 22, 2020

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. District Court Judge