UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALL GRANT THRIFT,<br><br>  Movant,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | No. 2:14-cr-0308 JAM DB<br><br><br><br>ORDER |

The Court is in receipt of the parties' stipulation to set a briefing schedule for the United States' response to Movant's 28 U.S.C. § 2255 motion. (Doc. 131.) Based on the request of the parties, the Court adopts the following briefing schedule:

1. The United States shall file its response to the Movant's motion by February 1, 2021.
2. The Movant shall file his traverse by March 3, 2021.

Dated: January 13, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Routine/thri0308.stip

1