McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>KENDALL GRANT THRIFT,<br><br>          Defendant. | CASE NO. 2:14-CR-00308-JAM-DB<br><br>STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE<br><br>DATE:<br>TIME:<br>COURT: Hon. Deborah Barnes |

### STIPULATION TO SET BRIEFING SCHEDULE

On January 13, 2021, the Court ordered, pursuant to a stipulation between the parties, that the United States file its response to the defendant's § 2255 petition on February 1, 2021. Dkt. 132. By this stipulation, the parties jointly request that the Court amend the briefing schedule as follows:

1. The United States's response shall be filed by February 10, 2021.

2. The defendant's traverse shall be filed by March 29, 2021.

IT IS SO STIPULATED.

///

///

///

///

STIPULATED REQUEST FOR BRIEFING SCHEDULE          1

| | | |
|---|---|---|
| Dated: January 27, 2021 | | McGREGOR W. SCOTT<br>United States Attorney |
| | | |
| | | /s/ JUSTIN L. LEE<br>JUSTIN L. LEE<br>Assistant United States Attorney |
| | | |
| Dated: January 27, 2021 | | /s/ ZENIA K. GILG<br>ZENIA K. GILG<br>Counsel for Defendant<br>Kendall Grant Thrift |

### [PROPOSED] ORDER

Based on the request of the parties, the Court adopts the following briefing schedule. The United States shall file its response to the defendant's petition by February 10, 2021. The defendant shall file his traverse by March 29, 2021.

Dated: February 8, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE