ZENIA K. GILG, SBN 171922
Sausalito Plaza
1505 Bridgeway, Suite 103
Sausalito, CA 94965
Telephone: 415/324-7071
Facsimile: 415/324-7078
Email: zenia@jacksonsquarelaw.com

Attorney for Defendant
KENDALL GRANT THRIFT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>KENDALL GRANT THRIFT,<br><br>   Defendant.<br>_____/ | Case No. 2:14:CR-00308-GEB<br><br>**STIPULATION AND [Proposed] ORDER FOR EXTENSION OF TIME TO FILE REPLY BRIEF** |

## STIPULATION TO RESET BRIEFING SCHEDULE

On February 8, 2021, the Court signed an Order proposed by the parties to set a briefing schedule which gave Petitioner the date of March 29, 2021, for filing a Reply to the Government's Response to the § 2255 Petition. (Dkt. #135) Due to an unforeseen medical emergency counsel for Petitioner is asking for additional time to file the Reply and the Government has no objection to this request. The parties, therefore stipulate and request the Court extend the date for filing the Reply to April 28, 2021.

Dated: March 17, 2021        /s/ Zenia K. Gilg
                             ZENIA K. GILG
                             Attorney for Petitioner
                             KENDALL GRANT THRIFT

1
2  Dated March 17, 2021               PHILLIP A. TALBERT
                                      United States Attorney
3                                     */s/ Justin L. Lee*
                                      JUSTIN L. LEE
4                                     Assistance United States Attorney
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27                                         2
28

**ORDER**

Based on the request of the parties, the Court orders that the Petitioner's Reply to the United States Response to § 2255 Petition (Dkt 136) be extended to April 28, 2021.

IT IS SO ORDERED

Dated: March 22, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE