ZENIA K. GILG, SBN 171922
Sausalito Plaza
1505 Bridgeway, Suite 103
Sausalito, CA 94965
Telephone: 415/324-7071
Facsimile: 415/324-7078
Email: zenia@jacksonsquarelaw.com

Attorney for Defendant
KENDALL GRANT THRIFT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KENDALL GRANT THRIFT,<br><br>　　　　Defendant.<br>_____/ | Case No. 2:14:CR-00308-DAD DB<br><br>STIPULATION AND [Proposed]<br>ORDER CONTINUING STATUS<br>CONFERENCE |

　　　　The United States and Defendant, Kendall Grant Thrift, hereby request and stipulate to a continuance of the Status Conference now scheduled for December 2, 2022, at 10:00 a.m. This hearing was set by Order filed on November 2, 2022, which included an order directing the parties to meet and confer on issues related to the granting of an evidentiary hearing in the above entitled case. Having met and conferred the parties believe time is needed to conduct additional discovery before reaching an agreement regarding the amount of time necessary for conducting the evidentiary hearing and additional matters relevant to that hearing.

　　　　Accordingly, the parties request the status conference be continued to April 28, 2023, at 10:00 a.m.

1   The undersigned counsel certifies that she has obtained approval from Assistant United
2   States Attorney, Justin Lee, to file this stipulation and proposed order.

3   **IT IS SO STIPULATED.**

4   /s/ Zenia K. Gilg                              /s/ Justin Lee
    ZENIA K. GILG                                  JUSTIN LEE
5   Attorney for Defendant/Petitioner              Assistant United States Attorney
    KENDALL THRIFT                                 Dated: November 30, 2022
6   Dated: November 30, 2022

7
    **IT IS SO ORDERED.**
8

9   Dated: November 30, 2022

10

11  DLB7
    thri0308.stip(4)
12

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE