UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-0308 DJC DB P |
| Respondent, | |
| v. | ORDER |
| KENDALL GRANT THRIFT, | |
| Movant. | |

Movant, Kendall Thrift, is a federal prisoner proceeding through counsel with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. By order dated November 2, 2022, the undersigned granted an evidentiary hearing on the issue of the voluntary and intelligent character of movant's plea. (ECF No. 144.) The parties appeared for a status conference on May 12, 2023. (ECF No. 149.) At the status conference, the court and the parties discussed the scheduling and logistics of the evidentiary hearing. The parties indicated they believe they will be ready for the evidentiary hearing by late summer or early fall. The parties estimated the evidentiary hearing will take up to three full court days. The parties requested that the court hold a motions hearing in advance of the evidentiary hearing.

Good cause appearing, IT IS HEREBY ORDERED as follows:

1. The evidentiary hearing in this matter is set for November 6-8, 2023, to commence on November 6, 2023, at 9:30 a.m. in courtroom #27 before the undersigned. There is a presumption

1  that the evidentiary hearing will take place in person, but either party may move the court for an
2  order allowing a witness to give appear remotely to give testimony.
3      2. By separate order, a writ ad testificandum will be issued to obtain movant's presence at
4  the evidentiary hearing.
5      3. By September 8, 2023, the parties shall file any motions to be heard in advance of the
6  evidentiary hearing.
7      4. Responses to motions concerning the evidentiary hearing shall be filed no later than
8  September 22, 2023, and any replies shall be filed by September 29, 2023.
9      5. The court will hear the motions filed in advance of the evidentiary hearing on October
10  6, 2023, at 10:00 a.m., via Zoom.
11      6. By October 30, 2023, the parties shall file any stipulations, their witness lists, and
12  exhibit lists. Movant will use numbers to mark exhibits; respondent will use letters. Also by
13  October 30, 2023, each party shall submit three tabbed courtesy copies of that parties' evidentiary
14  hearing exhibits, contained in three ring-binders, to Shelly Her, Courtroom Deputy.

Dated:  May 16, 2023

DLB7
thri0308.2255.hrg.sched

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2