PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>KENDALL GRANT THRIFT,<br><br>　　　　　　　Defendant. | CASE NO. 2:14-CR-00308-DJC-DB<br><br>STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE<br><br>DATE:<br>TIME:<br>COURT: Hon. Deborah Barnes |

**STIPULATION TO SET BRIEFING SCHEDULE**

On May 17, 2023, the Court set this matter for an evidentiary hearing on November 6-8, 2023. ECF 150. Since the time, the parties have met and conferred regarding scheduling and jointly request that the Court modify the schedule for the evidentiary hearing. By this stipulation, the parties jointly request that the Court set the matter for evidentiary hearing on October 30, October 31, and November 6. The parties also agree and stipulate to file any stipulations, their witness lists, and exhibit lists by October 23, 2023.

IT IS SO STIPULATED.

///

///

///

STIPULATED REQUEST TO MODIFY HEARING SCHEDULE　　　1

Dated: July 11, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: July 11, 2023

/s/ ZENIA K. GILG
ZENIA K. GILG
Counsel for Defendant
Kendall Grant Thrift

# [PROPOSED] ORDER

Based on the request of the parties, the Court adopts the requested schedule and set this matter for an evidentiary hearing on October 30, October 31, and November 6, 2023. The parties shall file any stipulations, their witness lists, and exhibits lists by October 23, 2023. Also by October 23, 2023, each party shall submit three tabbed courtesy copies of that parties' evidentiary hearing exhibits, contained in three ring-binders, to Shelly Her, Courtroom Deputy. All other dates and deadlines from the Court's May 17, 2023 Order remain in effect.

Dated: July 13, 2023

DLB7
thri0308.stip.hrg

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE