**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

United States,

           Plaintiff,                    No. 2:14-cr-00308-DJC-DB-1

   v.

Kendall Grant Thrift,

           Defendants.           **ORDER & WRIT OF HABEAS CORPUS**
_____/    **AD TESTIFICANDUM**

      Kendall Grant Thrift, inmate no. 71940-097, a necessary and material witness in proceedings in this case beginning on October 30, 2023, is confined in USP Lompoc, in the custody of Bryan Birkholz; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court before the Honorable Deborah Barnes, 8th Floor, Courtroom 27, United States District Courthouse, 501 I Street, Sacramento, California at 9:30 a.m. on October 30, 2023, again on October 31, 2023, and again on the non-consecutive day of November 6, 2023, or until completion of court proceedings.

      Accordingly, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3.  The Clerk of the Court is directed  to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the United States Marshal for the Eastern District of California.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Warden of USP Lompoc 3901 Klein Blvd, Lompoc, California 93436:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  September 13, 2023

                                    _____
                                    DEBORAH BARNES
                                    UNITED STATES MAGISTRATE JUDGE

DLB7
thri0308.841