UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-cr-0308 DJC DB P |
|---|---|
| Respondent, | |
| v. | <u>ORDER</u> |
| KENDALL GRANT THRIFT, | |
| Movant. | |

Movant Kendall Thrift proceeds through counsel with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The court held an evidentiary hearing on the issue of the voluntary and intelligent character of movant's plea agreement on October 30 and October 31, 2023. (ECF Nos. 162, 163.) A transcript of the hearing is being prepared and should be available on or before December 3, 2023. (ECF No. 165.)

No later than December 18, 2023, any party may file an optional supplemental brief on the issue of the voluntary and intelligent character of movant's plea, with a focus on the recent evidentiary hearing. A party's optional supplemental brief shall be no longer than 12 pages in length. In addition, a party's optional supplemental brief shall include page-specific citations to the record, including the transcript of the evidentiary hearing and/or the exhibits received in evidence. A party's optional supplemental brief may address the facts and the law but need not rehash legal arguments already presented in prior briefing.

In accordance with the above, IT IS HEREBY ORDERED that no later than December 18, 2023, any party may file an optional supplemental brief up to 12 pages in length on the issue of the voluntary and intelligent character of movant's plea, with page-specific citations to the transcript of the evidentiary hearing and/or exhibits received in evidence.

Dated:  November 7, 2023

DLB7
thri0308.2255.suppbrief

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE