1  ZENIA K. GILG, SBN 171922
   Sausalito Plaza
2  1505 Bridgeway, Suite 103
   Sausalito, CA 94965
3  Telephone: 415/324-7071
   Facsimile: 415/324-7078
4  Email: zenia@jacksonsquarelaw.com

5  Attorney for Defendant
   KENDALL GRANT THRIFT
6

7

8
                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,              Case No. 2:14:CR-00308 DJC DB

13              Plaintiff,
                                           [Proposed] ORDER
14       v.                                Extending Time to File Response

15  KENDALL GRANT THRIFT,

16              Defendant.
    _____/

17       GOOD CAUSE APPEARING, it is hereby ORDERED, that Petitioner's Response to

18  United States Objections to Magistrate Judge's Findings and Recommendation (ECF No. 175)

19  may be filed on or before March 13, 2024.

20

21  Dated: March 4, 2024

22

23                                         _____
    DLB7                                   DEBORAH BARNES
24  thri0308.36.obj                        UNITED STATES MAGISTRATE JUDGE

25

26

27

28