§UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 16, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENDALL THRIFT,

    Defendant.

Case No. 2:14-CR-00308-DJC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  KENDALL THRIFT ,

Case No.  2:14-CR-00308-DJC , from custody for the following reasons:

    ✓ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $ _____

        ___ Unsecured Appearance Bond $ _____

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

        ___ (Other): _____

Issued at Sacramento, California on May 16, 2024, at  9:00  a.m.

By: _____
District Court Judge Daniel J. Calabretta