ZENIA K. GILG, SBN 171922
Santiago Island Village
PO Box 379
Bethel Island, CA 94511
Telephone: 415/324-7071
Facsimile: 415/324-7078
Email: zenia@jacksonsquarelaw.com

Attorney for Defendant
KENDALL GRANT THRIFT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14:CR-00308-DJC DB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| KENDALL GRANT THRIFT, | |
| Defendant. | |

  The United States and Defendant, Kendall Grant Thrift, hereby request and stipulate to a continuance of the Status Conference now scheduled for June 13, 2024 at 9:00 a.m. The parties are very close to resolving the case but need additional time to finalize the plea agreement.

  Accordingly, the parties request the status conference be continued to July 11, 2024, at 9:00 a.m., and stipulate that time is excluded under the Speedy Trial Act for effective preparation of counsel from June 13, 2024 until the next court appearance on July 11, 2024, pursuant to *18 USC section 3161(h)(7)(B)(iv)* and LR T-4. The parties further stipulate and agree the ends of justice which are served by excluding time from June 13, 2024 through July

11, 2024, outweigh the best interests of the public and the defendant in a speedy trial. (See, *18 U.S.C. §§ 3161(h)(7)(A)* and *(B)(iv)*.

The undersigned counsel certifies that she has obtained approval from Assistant United States Attorney, Justin Lee, to file this stipulation and proposed order.

**IT IS SO STIPULATED.**

| | |
|---|---|
| */s/ Zenia K. Gilg* | */s/ Justin Lee* |
| ZENIA K. GILG | JUSTIN LEE |
| Attorney for Defendant/Petitioner | Assistant United States Attorney |
| KENDALL THRIFT | Dated: June 7, 2024 |
| Dated: June 7, 2024 | |

**IT IS SO ORDERED.**

Dated:  June 10, 2024          /s/ Daniel J. Calabretta
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE